*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, BURGTORF and de GROOT
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**William R. MARTIN**
Hospital Corpsman Third Class Petty Officer (E-4), U.S. Navy
*Appellant*

**No. 202400191**

_____

Decided: 11 April 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Benjamin C. Robertson (arraignment)
Benjamin B.  Garcia (motions)
Andrea K. Lockhart (trial)

Sentence adjudged 12 February 2024 by a general court-martial tried at Region Legal Service Office Southwest, San Diego, California consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 36 months, and a dishonorable discharge.[1]

---

[1] Appellant was credited with have served 375 days of pretrial confinement.

Opinion of the Court

For Appellant:
*Lieutenant Zoe R. Danielczyk, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.